■  In the Matter of the Claim of HOWARD MARING, Respondent, v TOWN
OF STOCKTON, Appellant, and SPECIAL DISABILITY FUND, Respondent. WORK-
MEN'S COMPENSATION BOARD, Respondent.—Appeal by the employer from a
decision of the Workmen's Compensation Board, filed September 4, 1975,
which discharged the Special Disability Fund from liability under the
provisions of subdivision 8 of section 15 of the Workmen's Compensation
Law. The board found that "the employer did not have knowledge of a pre-
existing permanent physical impairment and that the claimant's diabetes
condition was not a factor in any of the employer's decisions with regard to
the hiring or retaining of the claimant." There is substantial evidence to
sustain the determination of the board. Decision affirmed, with costs to the
Special Disability Fund against the appellant. Greenblott, J. P., Kane, Main,
Mikoll and Herlihy, JJ., concur.